IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Love, Deborah Ann

Printed: 3/4/08

Case Number: 06 B 03909
Judge: Wedoff, Eugene R
Filed: 4/8/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 7, 2008
Confirmed: June 1, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 45,828.59 |  |
| Secured: |  | 9,559.62 |
| Unsecured: |  | 31,553.76 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 2,427.68 |
| Other Funds: |  | 287.53 |
| Totals: | 45,828.59 | 45,828.59 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Richard S Bass | Administrative | 2,000.00 | 2,000.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | Lighthouse Financial Group | Secured | 4,563.62 | 4,563.62 |
| 4. | Highlands At Streamwood Condo Assoc | Secured | 1,446.00 | 1,446.00 |
| 5. | HomeComings Financial Network | Secured | 9,194.04 | 3,200.00 |
| 6. | American General Finance | Secured | 350.00 | 350.00 |
| 7. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 8. | AmeriCash Loans, LLC | Unsecured | 2,282.97 | 2,282.97 |
| 9. | ER Solutions | Unsecured | 1,448.09 | 1,448.09 |
| 10. | Internal Revenue Service | Unsecured | 13,572.75 | 13,572.75 |
| 11. | Short Term Loans LLC | Unsecured | 1,297.31 | 1,297.31 |
| 12. | ECast Settlement Corp | Unsecured | 12,952.64 | 12,952.64 |
| 13. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 14. | Cash N Go | Unsecured |  | No Claim Filed |
| 15. | North Star | Unsecured |  | No Claim Filed |
| 16. | Nicor Gas | Unsecured |  | No Claim Filed |
| 17. | Ventus Capital Service | Unsecured |  | No Claim Filed |
| 18. | Malcolm S Gerald & Assoc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 49,107.42 | $ 43,113.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 163.67 |
| 4.8% | 147.24 |
| 5.4% | 2,116.77 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Love, Deborah Ann | Case Number: 06 B 03909 |
| | Judge: Wedoff, Eugene R |
| Printed: 3/4/08 | Filed: 4/8/06 |

_____
$ 2,427.68

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____[signature]_____